# Court of Appeals
# of the State of Georgia

ATLANTA,   May 09, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1650.  HEIDI GRAY v. MICKEY CHARLES GRAY.**

Heidi Gray filed a petition against her ex-husband, Mickey Charles Gray, to domesticate a Florida divorce judgment that established Mickey Charles Gray's child support obligations.  Heidi Gray also sought to hold her ex-husband in contempt for failure to pay child support.  The trial court granted the petition, domesticated the judgment, and held Mickey Charles Gray in contempt.  Later, the court set aside the portion of its order holding Mickey Charles Gray in contempt.  Heidi Gray filed a direct appeal to the Supreme Court, which transferred the matter here.

A case that "involves collection of child support [monies] is a domestic relations matter" within the meaning of OCGA § 5-6-35 (a) (2).  (Punctuation and citation omitted.)  *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012).  Appeals in such matters must be taken by application for discretionary appeal.  Id.  Heidi Gray's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider this direct appeal, which is therefore DISMISSED.  See *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129 (497 SE2d 659) (1998).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/09/2013

     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*